AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-mj-00068 |
| Anthony Michael Mazzio Jr. | ) Assigned To: Judge Zia M. Faruqui |
| | ) Assign. Date: 3/22/2022 |
| | ) Description: Complaint with Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Anthony Michael Mazzio Jr.__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds

40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date: __03/22/2022__

Zia M. Faruqui
2022.03.22 21:19:27 -04'00'

*Issuing officer's signature*

City and state:   __Washington, D.C.__   __Zia M. Faruqui, U.S. Magistrate Judge__
*Printed name and title*

---

### Return

This warrant was received on *(date)* __March 25, 2022__, and the person was arrested on *(date)* __April 4, 2022__
at *(city and state)* __Dothan, Alabama__.

Date: __April 4, 2022__

*Arresting officer's signature*

__ZAC ROBERTS, FBI Special Agent__
*Printed name and title*