IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.                                           ) | CASE NO.: 22-MJ-68 |
| ) | |
| ANTHONY MICHAEL MAZZIO  ) | |

## NOTICE OF INTENT TO CHANGE PLEA

**MR. ANTHONY MICHAEL MAZZIO,** by undersigned counsel, gives notice that he intends to change his plea in this matter from not guilty to guilty, pursuant to an agreement with the Government that it will file an Information charging a violation of 40 U.S.C. § 5104(e)(2)(G).

Mr. Mazzio requests permission to enter his plea by video teleconference, as he resides in Alabama, and it is in the interest of justice that this matter not be further delayed.

Respectfully submitted,

**/s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

/s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org